IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY L. ATES,
    Petitioner,

vs.                                      Case No.:  3:05cv57/MCR/EMT

JAMES V. CROSBY,
    Respondent.
                             /

### O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 12, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  Respondent's Motion to Dismiss (Doc. 18) is **GRANTED**.

      3.  The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice as untimely.

      **DONE AND ORDERED** this 13th day of October, 2005.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**