## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JIMMY L. ATES,
     Petitioner,

vs.                        Case No: 3:05cv57/MCR/EMT

JAMES V. CROSBY,
     Respondent.
_____/

### O R D E R

This cause is before the court on Petitioner's notice of appeal construed as a motion for certificate of appealability (Doc. 26).  Unless a certificate of appealability is issued, Petitioner may not take an appeal from the final order denying § 2254 relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

After review of the file, the court concludes that because Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in the court's order dated October 13, 2005 (Doc. 22) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on September 12, 2005 (Doc. 21), a certificate of appealability shall be denied.

Accordingly, it is **ORDERED**:

Petitioner's motion for certificate of appealability (Doc. 26) is **DENIED**, and no certificate shall issue.

**DONE AND ORDERED** this 27th day of October, 2005.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**